UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

No. 15-2776-Torres

UNITED STATES OF AMERICA

vs.

JORGE RAMON HERNANDEZ,

        Defendant.
_____/

## CRIMINAL COVER SHEET

1. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to October 14, 2003? _____ Yes __X__ No

2. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to September 1, 2007? _____ Yes __X__ No

        Respectfully submitted,

        WIFREDO A. FERRER
        UNITED STATES ATTORNEY

BY: _____
        MARTON GYIRES
        ASSISTANT UNITED STATES ATTORNEY
        Court ID No.: A5501696
        U.S. Attorney's Office – SDFL, HIDTA
        11200 NW 20th Street
        Miami, Florida 33172
        Telephone: (305) 715-7642
        Fax: (305) 715-7639
        E-mail: Marton.Gyires@usdoj.gov

AO 91 (Rev. 08/09)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| United States of America | ) |
|---|---|
| v. | ) |
| | ) Case No. 15-2776-Torres |
| JORGE RAMON HERNANDEZ, | ) |
| | ) |
| | ) |
| Defendant(s) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of  May 1, 2015 through June 8, 2015  in the county of  Miami-Dade  in the  Southern  District of  Florida , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 21, United States Code, Section 963. | Conspiracy to Import ethylone, a schedule I controlled substance. |

This criminal complaint is based on these facts:
  SEE ATTACHED AFFIDAVIT

☒ Continued on the attached sheet.

_____
Complainant's signature

HSI S/A ALEXIS GREGORY
Printed name and title

Sworn to before me and signed in my presence.

Date: June 9, 2015

_____
Judge's signature

City and state:   MIAMI, FLORIDA    MAGISTRATE JUDGE EDWIN G. TORRES
Printed name and title

## **AFFIDAVIT**

I, Alexis Gregory, being duly sworn, depose and state as follows:

1. I am a special agent with the Department of Homeland Security (DHS), where I have been so employed since August 2007. I am currently assigned to Homeland Security Investigations (HSI), on the Financial Crimes Task Force and work out of the High Intensity Drug Trafficking Area Office in Miramar, Florida. As a special agent I am responsible for, among other things, investigating the unlawful transportation of contraband, including Title 21 controlled substances. I have received specialized training regarding the recognition, detection, and intricacies of currency smuggling, drug smuggling, and money laundering. I am an investigative or law enforcement officer of the United States empowered by law to conduct investigations and make arrests for offenses enumerated in Titles 8, 18, 19, 21, and 31 of the United States Code. Prior to becoming a special agent, I was a U.S. Customs and Border Protection (CBP) officer for DHS in Miami, Florida from 2003 to 2007. As a CBP officer, I worked at the border conducting seizures and arrests pertaining to several violations of the law, mainly smuggling of contraband. In addition to conducting multiple Title 21 controlled substance investigations, I have also participated in numerous mail parcel interdiction operations targeting narcotics. As a result, I have become familiar with known trafficking source and destination areas, various smuggling methods, and have learned techniques utilized to package illicit contraband.

2. The information set forth in this affidavit comes from my personal involvement in this investigation, as well as from information provided to me by other law enforcement officers. This affidavit is submitted for the limited purpose of establishing probable cause for the issuance of a criminal complaint against Jorge Ramon Hernandez ("HERNANDEZ") for violations of the laws of the United States, that is, Conspiracy to Import Ethylone, a schedule I controlled substance, in violation of Title 21, United States Code, Section 963. As such, this affidavit does not contain every fact known to me

1

regarding this investigation.

3. In May 2015, a cooperating defendant ("CD") met with Jorge Ramon HERNANDEZ in Miami, Florida. During the meeting, the CD and HERNANDEZ discussed the future purchase of "molly" (a colloquial term for certain drugs similar to ecstasy that include schedule I controlled substances, such as methylone and ethylone). The CD told HERNANDEZ that he knew a source of supply in China who could provide a kilogram of molly for about $900. HERNANDEZ indicated his interest in purchasing the molly. The understanding was that HERNANDEZ would make arrangements to wire the money to China so that the drugs could be shipped via mail. Later, on or about May 26, 2015, an e-mail was sent to the Chinese source of supply by HSI agents specifically asking for a kilogram of ethylone and the price.

4. On or about May 29, 2015, the CD and HERNANDEZ met at restaurant in Miami Lakes, Florida. There, the CD showed HERANDEZ a piece of paper with a name on it. This name was provided by the Chinese source of supply to use as the recipient's name when sending the wire transfer for the drugs through MoneyGram (a money transfer company). HERNANDEZ took a photograph of the piece of paper with the name using his smart phone.

5. On or about June 1, 2015, HERNANDEZ sent the CD a text message providing the CD with an "MTCN" number, which is a confirmation/identification number provided by MoneyGram that confirms the money was transferred and allows the recipient to retrieve the money from MoneyGram. That text sent by HERNANDEZ was in code and said: "The girl who wants to train is melanie perez Her number n305 66641257 at 9am nGate code *2580." (sic). Later, HERNANDEZ texted the CD: "Btw the address is n9564 Majestic Wayn Boynton Beach, FL 33437n." (sic). This is the address that was then given, via e-mail, by HSI agents, to the Chinese source of supply for where the package should be sent. The Chinese source of supply then sent an e-mail containing the tracking number for the package. On or about June 2, 2015, the CD gave this tracking number to HERNANDEZ at the Dolphin Mall in Miami, so

that HERNANDEZ could make arrangements to locate and retrieve the package. On or about June 6, 2015, law enforcement intercepted and seized the package, which was addressed to "Melanie Perez, 9564 Majestic Way, Boynton Beach, FL 13437" (the same address provided by HERNANDEZ, except the package label has an incorrect zip code). The package has not yet been opened.

6.  On or about June 8, 2015, HERNANDEZ was arrested on probable cause at an L.A. Fitness gym in Miami, Florida.

7.  Based on the foregoing, your affiant respectfully submits that there is probable cause to believe that HERNANDEZ committed a violation of the laws of the United States, that is, Conspiracy to Import Ethylone, a schedule I controlled substance, in violation of Title 21, United States Code, Section 963.

FURTHER YOUR AFFIANT SAYETH NAUGHT

_____
ALEXIS GREGORY, SPECIAL AGENT
HOMELAND SECURITY INVESTIGATIONS

Sworn to and subscribed before me this
____ day of June, 2015

_____
EDWIN G. TORRES
UNITED STATES MAGISTRATE JUDGE

3