UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 15-20755-CR-MORENO

UNITED STATES OF AMERICA,

        Plaintiff,

V.

JORGE RAMON HERNANDEZ, et al

        _____Defendant(s)._____/

**THIS CAUSE** came before the Court and pursuant to proceedings it is thereupon

**ORDERED AND ADJUDGED** as follows: PURSUANT TO THE ARRESTS OF THE DEFENDANTS, THIS CASE IS HEREBY UNSEALED.

**DONE AND ORDERED** at Miami, Florida this 8th day of   OCTOBER,   2015.

_____
CHRIS M. McALILEY
UNITED STATES MAGISTRATE JUDGE