UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. **15-20755-CR-MORENO**

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

**vs.**

**CARLEANE DIANA BERMAN,**

    **Defendant.**

_____/

### ORDER DENYING MOTION FOR RELEASE OF BOND

THIS CAUSE came before the Court upon defendant's motion for release of bond **[D.E. #412]** and the Court being fully advised in the premises, it is

ORDERED and ADJUDGED that said motion is **DENIED** as nothing has been paid toward the assessment of $200.00 and the fine of $4000.

DONE and ORDERED in Miami-Dade County Florida, this 29th day of April, 2016.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies furnished to:

All counsel of record
Financial Section