UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. **15-20755-CR-MORENO**

**UNITED STATES OF AMERICA,**

        **Plaintiff,**

vs.

**KYLE LEE POLLARD,**

        **Defendant.**
_____/

## ORDER DENYING MOTION FOR RELEASE OF BOND

THIS CAUSE came before the Court upon defendant's motion for release of bond **[D.E. #408]** and the Court being fully advised in the premises, it is

ORDERED and ADJUDGED that said motion is **DENIED** as the assessment has not been paid.

DONE and ORDERED in Miami-Dade County Florida, this _28th_ day of April, 2016.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies furnished to:

All counsel of record
Financial Section